IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02444-DDD-NRN

REID POLLACK,

Plaintiff,

v.

POLLY MILLER #545 BOULDER COUNTY SHERIFF'S DEPARTMENT

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that a Scheduling Conference is set for June 14, 2019 at 10:30 a.m. The proposed Scheduling Order shall be filed on or before June 7, 2019.

Date: May 21, 2019