IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 17-cv-02444-DDD-NRN | Date:  June 14, 2019 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C205 |

| _Parties:_ | _Counsel:_ |
|---|---|
| REID POLLACK, | Pro se |
| Plaintiff, | |
| v. | |
| POLLY MILLER #545 BOULDER COUNTY SHERIFF'S DEPARTMENT, | David Hughes |
| Defendant. | |

---

## COURTROOM MINUTES

---

### SCHEDULING CONFERENCE

**10:33 a.m.    Court in session.**

Court calls case. Appearances of Pro se Plaintiff and defense counsel. Also present on behalf of the Defendant Paige Lambert, law clerk.

**ORDERED:**  Unopposed Motion for Appointment of Counsel (Limited Representation) [Docket No. 78] is **DENIED WITHOUT PREJUDICE**.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

**ORDERED:**  Plaintiff shall file a motion requesting to unseal the 2014 criminal case in Boulder County District Court on or before **June 26, 2019**.  Defendant shall file a response on or before **July 3, 2019**.

Joinder of Parties/Amendment to Pleadings: **August 31, 2019**

Discovery Cut-off: **January 20, 2020**

Dispositive Motions Deadline: **February 10, 2020**

Each side shall be limited to 7 depositions, excluding experts.
Depositions shall not exceed 7 hours for two deponents, exclusive of experts, all others limited to 4 hours, for each side, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **December 10, 2019**.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **November 15, 2019**
Disclosure of Rebuttal Experts: **December 18, 2019**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

A **Status Conference** is set for **November 14, 2019 at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C205, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

A **Final Pretrial Conference** is set for **April 28, 2020 at 11:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C205, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**Scheduling Order entered.**

**11:10 a.m.    Court in recess.**

2

Hearing concluded.
Total in-court time:   00:37

*To order transcripts of hearings, please contact either Patterson Transcription
Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.