IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02444-DDD-NRN

REID POLLACK,

Plaintiff,

v.

POLLY MILLER #545 BOULDER COUNTY SHERIFF'S DEPARTMENT

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Defendant's Motion to Compel Plaintiff to Unseal Boulder County District Court Records (Dkt. #83), referred to me by Judge Daniel D. Dominico (Dkt. #85), is DENIED as moot. It appears that Plaintiff submitted a Motion to Unseal Court Files for Case 2014cr1197 to the Boulder County Court (Dkt. #82 & 86). It is FURTHER ORDERED that Mr. Pollack shall promptly file with this Court any order issued by the Boulder County Court with respect to his Motion to Unseal. If Mr. Pollack has not received a ruling on his Motion to Unseal within 30 days, he shall file a status report with the Court indicating the same.

Date: June 28, 2019